United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYONS LIQUOR INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03230-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 24 |

　　　The parties to this action inform the Court that the terms of their settlement agreement have been fully executed and stipulate to dismissal of the action in its entirety, with prejudice. (Dkt. 24.) Accordingly, all parties having consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636, the Court HEREBY DISMISSES this action WITH PREJUDICE, each party to bear its own fees and costs. The Clerk of Court is directed to close the file.

　　　**IT IS SO ORDERED**.

Dated: July 10, 2020



_____
SALLIE KIM
United States Magistrate Judge